United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| SANTOS ANDRES ALMENDAREZ HERNANDEZ, | § § § | |
| Petitioner, | § § | |
| V. | § § | CIVIL ACTION NO. 5:26-CV-716 |
| MIGUEL VERGARA, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Amended Petition for Writ of Habeas Corpus, (Dkt. No. 5), and Respondents' Motion for Summary Judgment, (Dkt. No. 10).

The Court **ORDERS** Petitioner to file supplemental briefing **by June 22, 2026**, that addresses the individualized facts supporting his asserted due process claim and liberty interest.

It is so **ORDERED**.

**SIGNED** on June 15, 2026.

_____
John A. Kazen
United States District Judge